Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11272−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Jimenez
   53 Cottage Street
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/13/23
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 9, 2023
JAN: wdh

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 23-11272-JKS
Juan Carlos Jimenez   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Mar 09, 2023     Form ID: 132     Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |
| cr | | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed S, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| 519839172 | | Bank of America Support Services, 1 Hattey Road, Belfast, ME 04915 |
| 519839191 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 519839189 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 519839200 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Foster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725 |
| 519839196 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 519839201 | + | Foster and Garbus, PO Box 14188, Hauppauge, NY 11788-0449 |
| 519839202 | + | Foster, Garbus & Garbus, Attorneys At Law, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 519839206 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 519839209 | + | Midland Credi/Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 519839218 | + | Rubin and Rothman, Attorneys At Law, 190 North Avenue East, PO Box 8, Cranford, NJ 07016-0008 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 09 2023 20:36:28 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519839164 | + | Email/Text: EBNProcessing@afni.com | Mar 09 2023 20:40:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 519839168 | + | Email/Text: EBNProcessing@afni.com | Mar 09 2023 20:40:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 519839165 | + | Email/Text: EBNProcessing@afni.com | Mar 09 2023 20:40:00 | AFNI, 404 Brock Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 519839166 | + | Email/Text: EBNProcessing@afni.com | Mar 09 2023 20:40:00 | AFNI, PO Box 20939, Ferndale, MI 48220-0939 |
| 519839167 | + | Email/Text: EBNProcessing@afni.com | Mar 09 2023 20:40:00 | AFNI, PO Box 47248, Oak Park, MI 48237-4948 |
| 519839171 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 20:39:00 | Bank of America N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 519839170 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 20:39:00 | Bank Of America, PO Box 30770, Tampa, FL 33630-3770 |
| 519839169 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 20:39:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |

Case 23-11272-JKS    Doc 16    Filed 03/11/23    Entered 03/12/23 00:15:43    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 132 | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 519839173 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 20:39:00 | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 519839174 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 20:39:00 | Bank of America, N.A., 4909 Savarese Circle, FL - 1-908-01-47, Tampa, FL 33634-2413 |
| 519839203 | | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 20:36:25 | Home Depot, PO Box 103072, Roswell, GA 30076 |
| 519839205 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2023 20:47:32 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 519839204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2023 20:47:38 | Home Depot Credit Services, Preocessing Center, Des Moines, IA 50364 |
| 519839185 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2023 20:36:20 | CREDIT ONE, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519839187 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2023 20:35:59 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519839186 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2023 20:35:55 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519839192 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 09 2023 20:36:16 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 519839195 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 09 2023 20:36:28 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519839197 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 09 2023 20:35:55 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 519839193 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 09 2023 20:36:26 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 519839194 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 09 2023 20:35:57 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519839198 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 09 2023 20:36:19 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519839175 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:07 | CHASE, PO Box 15153, Wilmington, DE 19886 |
| 519839176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:25 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 519839178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:35:54 | Chase Bank, Attention Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 519839177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:25 | Chase Bank, PO Box 15583, For Notice Only, Wilmington, DE 19886 |
| 519839179 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:07 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 519839180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:35:54 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 519839181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:35:54 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 519839182 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:12 | Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850 |
| 519839183 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:35:54 | Chase Bankcard Services, PO Box 659409, San Antonio, TX 78265 |
| 519839184 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:25 | Chase Bankcard Services, Inc, PO Box 30755, Tampa, FL 33630-3755 |
| 519839207 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:13 | JPMorgan Chase Bank, Recovery Department, PO Box 659409, San Antonio, TX 78217 |
| 519857395 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 09 2023 20:36:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519839208 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 20:36:25 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519839212 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 519839210 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Midland Credit Management, Department 8870, Los Angeles, CA 90084-0001 |
| 519839213 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 519839211 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Midland Credit Management, 8875 Aero Drive, Suite 2, San Diego, CA 92123-2255 |
| 519839215 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 20:40:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519839217 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 20:40:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519839216 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 20:40:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519839214 | | Email/Text: signed.order@pfwattorneys.com | Mar 09 2023 20:39:00 | Midland Funding LLC, Pressler and Pressler (FOR NOTICE ONLY), 7 Entin Road, Parsippany, NJ 07054 |
| 519839219 | + | Email/Text: bankruptcy@rubinrothman.com | Mar 09 2023 20:39:00 | Rubin and Rothman, LLC, Attorneys At Law, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519840000 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 20:35:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519839220 | | Email/Text: bankruptcy@td.com | Mar 09 2023 20:40:00 | TD Bank N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 519839223 | | Email/Text: bankruptcy@td.com | Mar 09 2023 20:40:00 | TD Banknorth, 70 Gray Road, Falmouth, ME 04105-2299 |
| 519839222 | | Email/Text: bankruptcy@td.com | Mar 09 2023 20:40:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519839221 | + | Email/Text: bncmail@w-legal.com | Mar 09 2023 20:40:00 | TD Bank USA, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519839188 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519839190 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519839199 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 09, 2023 | Form ID: 132 | Total Noticed: 64 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name**  **Email Address**

Avram D White
on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com
adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Robert P. Saltzman
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5