| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICE OF AVRAM D. WHITE<br>66 Hampton Terrace<br>Orange, New Jersey 07050<br>973-669-0857<br>888-481-1709 telefax<br>Email to: avram.randr@gmail.com<br>Avram D. White, Esq.<br>Counsel to the Debtor | <br><br>Order Filed on May 23, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JUAN CARLOS JIMENEZ,<br><br>DEBTOR. | Case No.: 23-11272-JKS<br><br>Chapter: 13<br><br>Hearing Date: MAY 11, 2023<br><br>Judge: JOHN K. SHERWOOD |

### ORDER GRANTING MOTION TO EXTEND AND/OR REINSTATE THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: May 23, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: JUAN CARLOS JIMENEZ, Debtor(s)
Chapter 13 Case no.: 23-11272-JKS
Caption of order:  **ORDER GRANTING MOTION TO EXTEND AND/OR REINSTATE THE AUTOMATIC STAY**

The Court having reviewed the debtor's Motion to Extend and/or Reinstate the Automatic Stay [ECF No. 21] and no opposition having been filed to the Motion, it is hereby:

ORDERED that:

The Automatic Stay is temporarily extended/reinstated as to all creditors through the confirmation hearing.