| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICE OF AVRAM D. WHITE<br>66 Hampton Terrace<br>Orange, New Jersey 07050<br>973-669-0857<br>888-481-1709 telefax<br>Email to: avram.randr@gmail.com<br>Avram D. White, Esq.<br>Counsel to the Debtor | Order Filed on May 23, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JUAN CARLOS JIMENEZ,<br><br>　　　　　　　　　DEBTOR. | Case No.:　　　23-11272-JKS<br><br>Chapter:　　　13<br><br>Hearing Date:　MAY 11, 2023<br><br>Judge:　　　JOHN K. SHERWOOD |

### ORDER GRANTING MOTION TO EXTEND AND/OR REINSTATE THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

DATED: May 23, 2023

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: JUAN CARLOS JIMENEZ, Debtor(s)
Chapter 13 Case no.: 23-11272-JKS
Caption of order: **ORDER GRANTING MOTION TO EXTEND AND/OR REINSTATE THE AUTOMATIC STAY**

The Court having reviewed the debtor's Motion to Extend and/or Reinstate the Automatic Stay [ECF No. 21] and no opposition having been filed to the Motion, it is hereby:

ORDERED that:

The Automatic Stay is temporarily extended/reinstated as to all creditors through the confirmation hearing.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                           Case No. 23-11272-JKS
Juan Carlos Jimenez                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: May 23, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023               Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avram D White | |
| | on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2, by Fay Servicing, LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 23, 2023 | Form ID: pdf903 | Total Noticed: 1

Robert P. Saltzman
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

Stuart H. West
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8