UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.: __23-11272-JKS__

Chapter: __13__

JUAN CARLOS JIMENEZ,

Judge: __JOHN K. SHERWOOD__

DEBTOR.

**NOTICE OF PROPOSED PRIVATE SALE**

__JUAN CARLOS JIMENEZ__, __DEBTOR__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
JEANNE A. NAUGHTON, CLERK
50 WALNUT STREET, 3RD FLOOR
NEWARK, N.J. 07102

If an objection is filed, a hearing will be held before the Honorable __JOHN K. SHERWOOD__ on __August 10, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __50 Walnut Street, 3rd Floor Newark, N.J. 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
10 GRANT STREET
UTICA, NEW YORK

Proposed Purchaser:
NADER NASSER KASSIM

Sale price:
$169,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Avram D. White,

Amount to be paid: $1,500.00

Services rendered: Negotiation of Sales Contract
Preparation of Transfer Documents
Preparation of Loan Documents

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Avram D. White, Esq, White and Co. Attorneys and Counsellors

Address: 523 Park Avenue, Suite 3, Orange, New Jersey 07050

Telephone No.: 973-669-0857

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11272-JKS |
| Juan Carlos Jimenez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf905 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |
| 519839172 | | Bank of America Support Services, 1 Hattey Road, Belfast, ME 04915 |
| 519839191 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 519839189 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 519839200 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Foster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725 |
| 519839196 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 519839201 | + | Foster and Garbus, PO Box 14188, Hauppauge, NY 11788-0449 |
| 519839202 | + | Foster, Garbus & Garbus, Attorneys At Law, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 519839206 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 519839209 | + | Midland Credi/Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 519839218 | + | Rubin and Rothman, Attorneys At Law, 190 North Avenue East, PO Box 8, Cranford, NJ 07016-0008 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ellie.bulin@gregoryfunding.com | Jul 13 2023 20:56:00 | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed S, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2023 21:02:55 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519839164 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2023 20:57:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 519839168 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2023 20:57:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 519839165 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2023 20:57:00 | AFNI, 404 Brock Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 519839166 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2023 20:57:00 | AFNI, PO Box 20939, Ferndale, MI 48220-0939 |
| 519839167 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2023 20:57:00 | AFNI, PO Box 47248, Oak Park, MI 48237-4948 |
| 519896224 | ^ | MEBN | Jul 13 2023 20:53:23 | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |

Case 23-11272-JKS    Doc 38    Filed 07/15/23    Entered 07/16/23 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: pdf905 | Total Noticed: 67 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 519839171 | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2023 20:56:00 | Bank of America N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 519839170 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2023 20:56:00 | Bank Of America, PO Box 30770, Tampa, FL 33630-3770 |
| 519839169 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2023 20:56:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 519839173 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2023 20:56:00 | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 519839174 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2023 20:56:00 | Bank of America, N.A., 4909 Savarese Circle, FL - 1-908-01-47, Tampa, FL 33634-2413 |
| 519839203 | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 21:13:40 | Home Depot, PO Box 103072, Roswell, GA 30076 |
| 519839205 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2023 21:02:58 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 519839204 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2023 21:13:58 | Home Depot Credit Services, Preocessing Center, Des Moines, IA 50364 |
| 519839185 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2023 21:13:16 | CREDIT ONE, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519839187 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2023 21:02:24 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519839186 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2023 21:24:44 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519839192 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 13 2023 21:13:15 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 519839195 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 13 2023 21:02:24 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519839197 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 13 2023 21:14:03 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 519839193 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 13 2023 21:02:06 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 519839194 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 13 2023 21:02:06 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519839198 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 13 2023 21:02:10 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519839175 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:02:42 | CHASE, PO Box 15153, Wilmington, DE 19886 |
| 519839176 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:13:49 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 519839178 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:13:33 | Chase Bank, Attention Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 519839177 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:13:35 | Chase Bank, PO Box 15583, For Notice Only, Wilmington, DE 19886 |
| 519839179 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:24:49 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 519839180 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:13:34 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 519839181 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:13:44 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 519839182 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:02:04 | Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850 |
| 519839183 | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 23-11272-JKS    Doc 38    Filed 07/15/23    Entered 07/16/23 00:14:24    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: pdf905 | Total Noticed: 67 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 13 2023 21:14:06 | Chase Bankcard Services, PO Box 659409, San Antonio, TX 78265 |
| 519839184 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:24:48 | Chase Bankcard Services, Inc, PO Box 30755, Tampa, FL 33630-3755 |
| 519839207 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 21:24:46 | JPMorgan Chase Bank, Recovery Department, PO Box 659409, San Antonio, TX 78217 |
| 519857395 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2023 21:02:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519839208 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 21:02:42 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519839212 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 519839210 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | Midland Credit Management, Department 8870, Los Angeles, CA 90084-0001 |
| 519839213 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 519839211 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | Midland Credit Management, 8875 Aero Drive, Suite 2, San Diego, CA 92123-2255 |
| 519839215 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2023 20:56:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519839217 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2023 20:56:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519899045 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2023 20:56:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519839216 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2023 20:56:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519839214 | | Email/Text: signed.order@pfwattorneys.com | Jul 13 2023 20:56:00 | Midland Funding LLC, Pressler and Pressler (FOR NOTICE ONLY), 7 Entin Road, Parsippany, NJ 07054 |
| 519839219 | + | Email/Text: bankruptcy@rubinrothman.com | Jul 13 2023 20:56:00 | Rubin and Rothman, LLC, Attorneys At Law, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519840000 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 21:14:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519839220 | | Email/Text: bankruptcy@td.com | Jul 13 2023 20:57:00 | TD Bank N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 519839223 | | Email/Text: bankruptcy@td.com | Jul 13 2023 20:57:00 | TD Banknorth, 70 Gray Road, Falmouth, ME 04105-2299 |
| 519839222 | | Email/Text: bankruptcy@td.com | Jul 13 2023 20:57:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519839221 | + | Email/Text: bncmail@w-legal.com | Jul 13 2023 20:56:00 | TD Bank USA, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |
| 519892244 | ^ | MEBN | Jul 13 2023 20:53:06 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519839188 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

| | | |
|---|---|---|
| 519839190 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519839199 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

**Name** | **Email Address**

Avram D White
on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com
adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Phillip Andrew Raymond
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2, by Fay Servicing, LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert P. Saltzman
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

Stuart H. West
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8