Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on July 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Juan Carlos Jimenez, | Case No. 23-11272-JKS |
|  | Hearing Date: July 13, 2023 at 8:30 a.m. |
| Debtor. | Judge: John K. Sherwood |

## CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND PROVIDING FOR SURRENDER OF REAL PROPERTY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: July 21, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Juan Carlos Jimenez
Case No.: 23-11272-JKS
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND PROVIDING FOR SURRENDER OF REAL PROPERTY**

---

The undersigned parties resolved U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2, by Fay Servicing, LLC's ("Secured Creditor") Objection to Plan Confirmation, ECF No. 20, and agree Debtor shall surrender the real property located at 730 Mary Street, Utica, NY 13501 (the "Property"), which is subject to Secured Creditor's lien and is the basis for Secured Creditor's Claim No. 2 (the "Secured Claim") upon entry of this Order confirming Juan Carlos Jimenez's ("Debtor"), ECF No. 13 (the "Plan"), and the parties having agreed to the terms set forth herein and for good cause shown it is hereby;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 20**) is hereby resolved by this Consent Order

2. The Property subject to Secured Creditor's Secured Claim shall be surrendered upon entry of this Order confirming Debtor's Plan. The automatic stay in effect pursuant to 11 U.S.C. § 362(a) and co-debtor stay in effect pursuant to 11 U.S.C. § 1301(c), if any, are vacated upon entry of this Order.

3. In the event an amended plan is filed, the terms of this Consent Order shall govern treatment of Secured Creditor's Secured Claim.

4. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | Law Offices of Avram D White, Esq |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: _____ | By: /s/ Avram D. White |
| Phillip Raymond | Avram D White |
| Date: 7·14·2023 | Date: _____ |