Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on July 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Juan Carlos Jimenez, | Case No. 23-11272-JKS |
| | Hearing Date: July 13, 2023 at 8:30 a.m. |
| Debtor. | Judge: John K. Sherwood |

## CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND PROVIDING FOR SURRENDER OF REAL PROPERTY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: July 21, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor:          Juan Carlos Jimenez
Case No.:        23-11272-JKS
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND PROVIDING FOR SURRENDER OF REAL PROPERTY**

---

The undersigned parties resolved U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2, by Fay Servicing, LLC's ("Secured Creditor") Objection to Plan Confirmation, ECF No. 20, and agree Debtor shall surrender the real property located at 730 Mary Street, Utica, NY 13501 (the "Property"), which is subject to Secured Creditor's lien and is the basis for Secured Creditor's Claim No. 2 (the "Secured Claim") upon entry of this Order confirming Juan Carlos Jimenez's ("Debtor"), ECF No. 13 (the "Plan"), and the parties having agreed to the terms set forth herein and for good cause shown it is hereby;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 20**) is hereby resolved by this Consent Order

2. The Property subject to Secured Creditor's Secured Claim shall be surrendered upon entry of this Order confirming Debtor's Plan. The automatic stay in effect pursuant to 11 U.S.C. § 362(a) and co-debtor stay in effect pursuant to 11 U.S.C. § 1301(c), if any, are vacated upon entry of this Order.

3. In the event an amended plan is filed, the terms of this Consent Order shall govern treatment of Secured Creditor's Secured Claim.

4. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | Law Offices of Avram D White, Esq |
| Attorney for the Secured Creditor | Attorney for the Debtor |

By: _____      By: /s/ Avram D. White
    Phillip Raymond                   Avram D White

Date: 7·14·2023                    Date: _____

United States Bankruptcy Court
District of New Jersey

In re:  
Juan Carlos Jimenez  
    Debtor

Case No. 23-11272-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jul 24, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

**Name**     **Email Address**

Avram D White  
    on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com  
    adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon  
    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Phillip Andrew Raymond  
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond  
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2, by Fay Servicing, LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 24, 2023 | Form ID: pdf903 | Total Noticed: 1

Robert P. Saltzman
        on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

Stuart H. West
        on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee swest@pbslaw.org

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8