UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker & Saltzman, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 103795B

**Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 23-11272-JKS

Hearing Date: August 10, 2023

Judge: John K. Sherwood

Chapter 13

In Re:

Juan Carlos Jimenez,

DEBTOR.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION
AND
AMENDING ORDER TO SELL**

The relief set forth on the following pages, numbered two (2) through (4), is hereby **ORDERED.**

**DATED: August 8, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Juan Carlos Jimenez
Case No: 23-11272-JKS
Caption of Order: Consent Order Resolving Objection to Confirmation and Amending Order to Sell

This matter having come before the Court on the Objection of Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West, Esquire, appearing and the Debtor, by and through counsel, Law Offices of Avram D. White, Esq, Avram D. White , Esquire, having consented hereto; it is hereby, ORDERED as follows:

1. Debtor has filed a Motion to Approve the Sale of 10 Grant Street, Utica, Oneida, N.Y. 13501 (the "Subject Property").

2. The Subject Property shall be sold for a sufficient price to fully payoff the Mortgagee. The Debtor shall request a Payoff Letter at least three weeks before the scheduled closing of July 19, 2023.

A. A sufficient portion of the proceeds of any Transaction shall be devoted to full satisfaction of all sums due upon the Mortgage; and

B. The deadline for the closing and the Mortgagee's receipt of funds shall be no later than August 31, 2023; and

C. The Mortgage lien shall not be released unless and until sufficient funds are tendered to fully satisfy all sums due upon the Mortgage (notwithstanding entry of Final Judgment in the Foreclosure and/or any Proof of Claim in any Bankruptcy case),  and

D. The Mortgagee's contractual Payoff Statement and applicable non-bankruptcy law shall be

**Page 3**
Debtor: Juan Carlos Jimenez
Case No: 23-11272-JKS
Caption of Order: Consent Order Resolving Objection to Confirmation and Amending Order to Sell

the exclusive determinant of the full amount due on the Mortgage lien. The Trustee and/or Debtor reserve the right to question, contest and/or request verification of any line item(s) in the Mortgagee's Payoff Statement.

3. If the Subject Property is not sold and the Mortgagee paid in full by August 31, 2023, the Mortgagee shall be granted immediate Relief from the Automatic Stay upon the filing of a Certification. The Parties specifically agree there shall be no grace period or other defense to such a Certification. This provision, like all of the other provisions, is a material inducement for the Mortgagee agreeing to this Consent Order and the provisions of this Consent Order shall be strictly enforced.

4. The Debtor shall maintain post-Petition payments. The monthly payment is $1,125.49 per month, for March through May of 2023 and $530.59 from June onward, subject to future filed notices of payment change. The Debtor is currently due for one payment of $1,125.49 and the June payment of $530.59 comes due on June 25, 2023. (* *As the Petition was filed on 02/17/23, but mortgage payments come due on the 25th, the Debtor is actually post-Petition due for April, 2023, which was inadvertently left off this Consent Order. Mortgagee reserves the right to recoup that payment as part of the overall payoff.*) Debtor shall make the payment of $1,125.49 by June 26, 2023, and the June payment of $530.59 by June 30, 2023.

**Page 4**
Debtor: Juan Carlos Jimenez
Case No: 23-11272-JKS
Caption of Order: Consent Order Resolving Objection to Confirmation and Amending Order to Sell

5. The monthly payment of $530.59 shall continue to be made the twenty fifth (25th) of every month.

6. If the Debtor fails to comply with Provision 4 of this Order, the Mortgagee may file a Certification of Default. The only defense to such a Certification is the immediate proof of the default cured.

7. If the Debtor fails to make a payment pursuant to Provision 5, within 10 days of the due date, the Mortgagee may file a Certification of Default. The only defense to such a Certification is the immediate proof of the default cured.

We hereby consent to the form and entry of the within Order.

| PLUESE, BECKER & SALTZMAN, LLC | LAW OFFICES OF AVRAM D WHITE, ESQ |
|---|---|
| By: /s/ Stuart H. West | By: /s/ Avram D White |
|     Stuart H. West, Esquire |     Avram D White, Esquire |
|     Attorneys for the Mortgagee |     Attorney for the Debtor |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 23-11272-JKS
Juan Carlos Jimenez                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Aug 08, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Avram D White
     on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com
     adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Phillip Andrew Raymond
     on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
     on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2, by Fay Servicing, LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Robert P. Saltzman
    on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

Stuart H. West
    on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8