Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11272−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Jimenez
   53 Cottage Street
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−4532

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 11, 2023.

Dated: August 11, 2023
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11272-JKS |
| Juan Carlos Jimenez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 11, 2023 | Form ID: plncf13 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |
| 519839172 | | Bank of America Support Services, 1 Hattey Road, Belfast, ME 04915 |
| 519839191 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 519839189 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 519839200 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Foster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725 |
| 519839196 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 519839201 | + | Foster and Garbus, PO Box 14188, Hauppauge, NY 11788-0449 |
| 519839202 | + | Foster, Garbus & Garbus, Attorneys At Law, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 519839206 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 519839209 | + | Midland Credi/Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 519839218 | + | Rubin and Rothman, Attorneys At Law, 190 North Avenue East, PO Box 8, Cranford, NJ 07016-0008 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ellie.bulin@gregoryfunding.com | Aug 11 2023 20:46:00 | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed S, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2023 20:53:55 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519839164 | + | Email/Text: EBNProcessing@afni.com | Aug 11 2023 20:47:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 519839168 | + | Email/Text: EBNProcessing@afni.com | Aug 11 2023 20:47:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 519839165 | + | Email/Text: EBNProcessing@afni.com | Aug 11 2023 20:47:00 | AFNI, 404 Brock Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 519839166 | + | Email/Text: EBNProcessing@afni.com | Aug 11 2023 20:47:00 | AFNI, PO Box 20939, Ferndale, MI 48220-0939 |
| 519839167 | + | Email/Text: EBNProcessing@afni.com | Aug 11 2023 20:47:00 | AFNI, PO Box 47248, Oak Park, MI 48237-4948 |
| 519896224 | ^ | MEBN | Aug 11 2023 20:43:50 | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |

Case 23-11272-JKS    Doc 48    Filed 08/13/23    Entered 08/14/23 00:20:29    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 11, 2023 | Form ID: plncf13 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 519839171 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 11 2023 20:45:00 | Bank of America N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 519839170 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 11 2023 20:45:00 | Bank Of America, PO Box 30770, Tampa, FL 33630-3770 |
| 519839169 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 11 2023 20:45:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 519839173 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 11 2023 20:45:00 | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 519839174 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 11 2023 20:45:00 | Bank of America, N.A., 4909 Savarese Circle, FL - 1-908-01-47, Tampa, FL 33634-2413 |
| 519839203 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 11 2023 20:54:08 | Home Depot, PO Box 103072, Roswell, GA 30076 |
| 519839205 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 11 2023 20:53:50 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 519839204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 11 2023 20:54:12 | Home Depot Credit Services, Preocessing Center, Des Moines, IA 50364 |
| 519839185 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 11 2023 20:54:10 | CREDIT ONE, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519839187 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 11 2023 20:53:51 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519839186 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 11 2023 20:53:52 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519839192 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:02 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 519839195 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:11 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519839197 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:53:53 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 519839193 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:11 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 519839194 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:53:51 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519839198 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:13 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519839175 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:13 | CHASE, PO Box 15153, Wilmington, DE 19886 |
| 519839176 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:53:50 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 519839178 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 21:04:36 | Chase Bank, Attention Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 519839177 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:04 | Chase Bank, PO Box 15583, For Notice Only, Wilmington, DE 19886 |
| 519839179 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:53:49 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 519839180 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:02 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 519839181 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:01 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 519839182 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:53:48 | Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850 |
| 519839183 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: plncf13 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Aug 11 2023 20:53:48 | Chase Bankcard Services, PO Box 659409, San Antonio, TX 78265 |
| 519839184 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:53:59 | Chase Bankcard Services, Inc, PO Box 30755, Tampa, FL 33630-3755 |
| 519839207 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 11 2023 20:54:11 | JPMorgan Chase Bank, Recovery Department, PO Box 659409, San Antonio, TX 78217 |
| 519857395 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 11 2023 20:53:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519839208 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 11 2023 20:54:05 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519839212 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2023 20:47:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 519839210 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2023 20:47:00 | Midland Credit Management, Department 8870, Los Angeles, CA 90084-0001 |
| 519839213 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2023 20:47:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 519839211 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2023 20:47:00 | Midland Credit Management, 8875 Aero Drive, Suite 2, San Diego, CA 92123-2255 |
| 519839215 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2023 20:46:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519839217 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2023 20:46:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519899045 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2023 20:46:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519839216 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2023 20:46:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519839214 | | Email/Text: signed.order@pfwattorneys.com | Aug 11 2023 20:46:00 | Midland Funding LLC, Pressler and Pressler (FOR NOTICE ONLY), 7 Entin Road, Parsippany, NJ 07054 |
| 519839219 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 11 2023 20:45:00 | Rubin and Rothman, LLC, Attorneys At Law, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519840000 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2023 20:54:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519839220 | | Email/Text: bankruptcy@td.com | Aug 11 2023 20:47:00 | TD Bank N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 519839223 | | Email/Text: bankruptcy@td.com | Aug 11 2023 20:47:00 | TD Banknorth, 70 Gray Road, Falmouth, ME 04105-2299 |
| 519839222 | | Email/Text: bankruptcy@td.com | Aug 11 2023 20:47:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519839221 | + | Email/Text: bncmail@w-legal.com | Aug 11 2023 20:46:00 | TD Bank USA, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |
| 519892244 | ^ | MEBN | Aug 11 2023 20:42:01 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519839188 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

| | | |
|---|---|---|
| 519839190 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519839199 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

**Name**     **Email Address**

Avram D White
on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com
adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Phillip Andrew Raymond
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2, by Fay Servicing, LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert P. Saltzman
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

Stuart H. West
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8