UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE, SUITE 3,
ORANGE, NEW JERSEY 07050
973.669.0857 / 888.481.1709 telefax
email to: avram.randr@gmail.com
AVRAM D. WHITE ESQ.  (aw5020)
Debtor's Counsel

In Re:

JUAN CARLOS JIMENEZ,

DEBTOR.

Case No.:   23-11272-JKS

Judge:   JOHN K. SHERWOOD

Chapter:   13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____Chapter 13 Trustee_____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I was in a trial period plan which was supposed to become permanent. I have contacted the servicer regarding the permanent loan modification as they said the documents that I sent several months ago signed to accept their offer were not executed properly and the offer was not accepted by me. I have been paying the mortgage payment every month notwithstanding this issue. I request a hearing.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 19, 2023                              /s/ JUAN CARLOS JIMENEZ
                                                      Debtor's Signature

Date: _____             _____
                                                      Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*