UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE, SUITE 3,
ORANGE, NEW JERSEY 07050
973.669.0857 / 888.481.1709 telefax
email to: avram.randr@gmail.com
AVRAM D. WHITE ESQ.  (aw5020)
Debtor's Counsel

| In Re: | Case No.: | 23-11272-JKS |
|---|---|---|
| | Judge: | JOHN K. SHERWOOD |
| JUAN CARLOS JIMENEZ, | Chapter: | 13 |
| DEBTOR. | | |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by Ajax Mortgage Loan Trust 2019-E,

   I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

There were several issues with title that had to be ironed out regarding the mortgage that I am to be mortgagee of. I can now close and ask for a hearing in this manner. I expect to close the transaction prior to any hearing.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 21, 2023

/s/ JUAN CARLOS JIMENEZ
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*