Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11272−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Jimenez
   53 Cottage Street
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/12/23 at 10:00 AM

to consider and act upon the following:

**52** − Creditor's Certification of Default (related document:42 Consent Order) filed by Robert P. Saltzman on behalf of Ajax Mortgage Loan Trust 2019−E, Mortgage−Backed Securities, Series 2019−E, by U.S. Bank National Association, as Indenture Trustee. Objection deadline is 09/22/2023. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

**55** − Certification in Opposition to Certification of Default of Ajax Mortgage Loan Trust 2019−E, Mortgage−Backed Securities, Series 2019−E (related document:52 Creditor's Certification of Default (related document:42 Consent Order) filed by Robert P. Saltzman on behalf of Ajax Mortgage Loan Trust 2019−E, Mortgage−Backed Securities, Series 2019−E, by U.S. Bank National Association, as Indenture Trustee. Objection deadline is 09/22/2023. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Ajax Mortgage Loan Trust 2019−E, Mortgage−Backed Securities, Series 2019−E, by U.S. Bank National Association, as Indenture Trustee) filed by Avram D White on behalf of Juan Carlos Jimenez. (White, Avram)

Dated: 9/24/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court