UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

    JUAN CARLOS JIMENEZ,

                      DEBTOR.

Case No.:    23-11272-JKS

Chapter:    13

Hearing Date: _____

Judge:    JOHN K. SHERWOOD

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Document #55 (Opposition to Creditor's Certification of Default) is withdrawn on ECF.

Date: October 12, 2023

/s/ Avram D. White
Signature

*rev.8/1/15*